UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re                                           )
                                                ) NO.  01-03848
Renee Lynne Baxter                              )
                                                ) REPORT OF UNCLAIMED FUNDS
            Debtor(s).                           )
                                                )

TO:    The Clerk of the Court

        The trustee is sending to the Court funds in the amount of  $1519.12 which
were unclaimed by:

Renee Lynne Baxter
122 W. Nelson Road
Moses Lake, WA 98937-2125


DATED:  ___3/3/10___


                                        _____
                                        VanNoy Culpepper, Trustee
                                        3908 Creekside Loop #125
                                        Yakima, WA 98902
                                        509-457-2490


*Report of Unclaimed Funds*